IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE M. BELL, d/b/a ALLEGIANCE MORTGAGE SERVICES, On Behalf of Herself and All Others Similarly Situated, Plaintiff, | Case No. 07-3571-BMS |
| v. | |
| E-LOAN, INC. and CAPITAL LENDING PARTNERS, INC., Defendants. | Judge Berle M. Schiller |

**DEFENDANTS' 28 U.S.C. § 1715 NOTICE OF CLASS SETTLEMENT**

Defendants E-Loan, Inc. and Capital Lending Partners, Inc. (collectively "Defendants"), by their undersigned attorneys, hereby give notice under 28 U.S.C. § 1715 of the proposed settlement of the above captioned action, *Bell v. E-Loan, Inc. and Capital Lending Partners, Inc.*. Pursuant to 28 U.S.C. § 1715(b)(1)-(8), Defendants state as follows in the following corresponding paragraphs (1) – (8):

1. This class action was filed on August 28, 2007, in the United States District Court for the Eastern District of Pennsylvania alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*. On November 16, 2007, Plaintiff filed an Amended Complaint. On February 19, 2008, Plaintiff filed a Second Amended Complaint. Copies of the complaints are attached as Exhibits 1, 2 and 3.

2. A Settlement Agreement, dated as of May 9, 2008, has been entered into by the parties. The Settlement Agreement is attached hereto as Exhibit 4. The settlement class consists of all persons and/or entities throughout the United States that are holders of telephone/fax numbers to which one or more facsimile transmissions marketing E-Loan mortgages or E-Loan

Equity Connect were sent by or on behalf of Capital Lending Partners from October 1, 2006 to June 30, 2007. Each telephone/fax number represents one class member. On May 9, 2008, the parties filed a motion for Preliminary Approval of the proposed settlement with the Court. The Court has not yet scheduled a preliminary or final approval hearing date.

3. Pursuant to Settlement Agreement, the Settlement Administrator shall be providing class members a Notice of Class Action and Proposed Settlement, together with the claim form described in the Settlement Agreement. A copy of Notice/Claim Form to be sent to class members attached hereto as Exhibit 5.

4. The Settlement Agreement between the parties is attached as Exhibit 4.

5. No settlement or agreement other than that reflected in Exhibit 4 hereto was contemporaneously made between class counsel and counsel for either of the defendants.

6. No final judgment has been entered nor has any notice of dismissal been filed.

7. Defendants currently believe that the settlement class includes approximately 10,427 members. Due to the number of class members, it is not feasible to provide the names of class members who reside in each State. Further, 635 class members were identifiable only through fax numbers. An estimate of the number of class members of each state is set forth below. Because the ultimate distribution of any settlement benefits would depend on class members submitting claims, Defendants cannot estimate the proportionate share of the claims of class members in each state to the entire settlement. Assuming proportional claims submission, the approximate proportionate potential share of the claims of such members to the entire settlement is set forth below.

| ESTIMATED CLASS MEMBERSHIP BY STATE/ ESTIMATED PROPORTIONATE SHARE OF CLAIMS TO TOTAL SETTLEMENT AWARD BY STATE | | | |
|---|---|---|---|
| **STATE** | **NUMBER OF CLASS MEMBERS** | **STATE** | **NUMBER OF CLASS MEMBERS** |
| ALABAMA | **47 / .45%** | MONTANA | **7 / .07%** |
| ALASKA | **3 /.03%** | NORTH CAROLINA | **240 / 2.30%** |
| ARKANSAS | **29 /.28%** | NORTH DAKOTA | **4 / .04%** |
| ARIZONA | **434 / 4.16%** | NEBRASKA | **30 / .29%** |
| CALIFORNIA | **1,870 / 17.93%** | NEW HAMPSHIRE | **74 / .71%** |
| CONNECTICUT | **120 /1.15** | NEW JERSEY | **141 / 1.35%** |
| COLORADO | **367 / 3.52%** | NEW MEXICO | **41 / .39%** |
| DISTRICT OF COLUMBIA | **5 / .05%** | NEW YORK | **315 / 3.02%** |
| DELAWARE | **18 / .17%** | NEVADA | **232 / 2.22%** |
| FLORIDA | **1,435 / 13.76%** | OHIO | **139 / 1.33%** |
| GEORGIA | **308 / 2.95%** | OKLAHOMA | **63 / .60%** |
| HAWAII | **1 / .01%** | OREGON | **269 / 2.58%** |
| IOWA | **22 / .21%** | PENNSYLVANIA | **180 / 1.73%** |
| IDAHO | **68 / .65%** | RHODE ISLAND | **76 / .73%** |
| ILLINOIS | **516 / 4.95%** | SOUTH CAROLINA | **99 / .95%** |
| INDIANA | **97 / .93%** | SOUTH DAKOTA | **2 / .02%** |
| KANSAS | **62 / .59%** | TENNESSEE | **103 / .99%** |
| KENTUCKY | **59 / .57%** | TEXAS | **136 / 1.30%** |
| LOUISIANA | **93 / .89%** | UTAH | **152 / 1.46%** |
| MASSACHUSETTS | **264 / 2.53%** | VIRGINIA | **232 / 2.22%** |
| MARYLAND | **262 / 2.51%** | VERMONT | **14 / .13%** |
| MAINE | **50 / .48%** | WASHINGTON | **396 / 3.80%** |
| MICHIGAN | **328 / 3.15%** | WISCONSIN | **85 / .82%** |
| MINNESOTA | **105 / 1.01%** | WEST VIRGINIA | **9 / .09%** |
| MISSOURI | **155 / 1.49%** | WYOMING | **11 / .11%** |
| MISSISSIPPI | **24 / .23%** | [fax number only] | **635 / 6.09%** |

8. There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of 28 U.S.C. § 1715.

Dated: May 9, 2008

E-LOAN, INC.

By: Victoria Collado

VICTORIA R. COLLADO

Attorney for Defendant E-LOAN, INC.

MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600

CAPITAL LENDING PARTNERS, INC.

By: ______________________
RICHARD T. BOWLES

Attorney for Defendant CAPITAL LENDING PARTNERS, INC.

BOWLES & VERNA LLP
California Plaza
2121 N. California Blvd., Ste. 875
P.O. Box 8180
Walnut Creek, CA 94596-8180
(925) 935-3300

**CERTIFICATE OF SERVICE**

I, Victoria R. Collado hereby certify that I caused a copy of the foregoing **Defendants' 28 U.S.C. § 1715 Notice of Class Settlement**, to be served on May 9, 2008 upon the parties listed below by U.S. Mail, postage prepaid:

Victoria Collado
Victoria R. Collado

Michael B. Mukasey
Attorney General of the United States
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Troy King
Attorney General of Alabama
State House
11 S. Union St., Third Floor
Montgomery, AL 36130

Talis J. Colberg
Attorney General of Alaska
P.O. Box 110300
Juneau, AK 99811-0300

Terry Goddard
Attorney General of Arizona
1275 W. Washington St.
Phoenix, AZ 85007

Dustin McDaniel
Attorney General of Arkansas
323 Center St., Suite 200
Little Rock, AR 72201

Edmund G. Brown, Jr.
Attorney General of California
1300 I Street
P.O. Box 944255
Sacramento, CA 98514

John W. Suthers
Attorney General of Colorado
1525 Sherman Street
7th Floor
Denver, CO 80203

Richard Blumenthal
Attorney General of Connecticut
55 Elm St.
Hartford, CT 06141-0120

Peter J. Nickles
Interim Attorney General of District of Columbia
One Judiciary Square
441 4th Street NW
Suite 1060N
Washington, DC 20001

Joseph R. "Beau" Biden III
Attorney General of Delaware
Carvel State Office Bldg.
820 N. French St.
Wilmington, DE 19801

Bill McCollum
Attorney General of Florida
The Capitol
PL 01
Tallahassee, FL 32399-1050

Thurbert E. Baker
Attorney General of Georgia
40 Capitol Square, SW
Atlanta, GA 30334-1300

Mark Bennett
Attorney General of Hawaii
425 Queen Street
Honolulu, HI 96813

Lawrence Wasden
Attorney General of Idaho
700 W. State Street
P.O. Box 83720
Boise, ID 83720-0010

Lisa Madigan
Attorney General of Illinois
James R. Thompson Center
100 W. Randolph St.
Chicago, IL 60601

Steve Carter
Attorney General of Indiana
Indiana Government Center South
302 West Washington Street
Indianapolis, IN 46204

Tom Miller
Attorney General of Iowa
Hoover State Office Bldg.
1305 E. Walnut
Des Moines, IA 50319

Stephen N. Six
Attorney General of Kansas
120 SW 10th Ave.
Memorial Hall, 2nd Floor
Topeka, KS 66612-1597

Jack Conway
Attorney General of Kentucky
700 Capitol Avenue, Suite 118
Frankfort, KY 40601

James D. "Buddy" Caldwell
Attorney General of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-4095

G. Steven Rowe
Attorney General of Maine
6 State House Station
Augusta, ME 04333

Douglas F. Gansler
Attorney General of Maryland
200 St. Paul Place
Baltimore, MD 21202-2202

Martha Coakley
Attorney General of Massachusetts
One Ashburton Place
Boston, MA 02108-1698

Mike Cox
Attorney General of Michigan
P.O. Box 30212
525 W. Ottawa St.
Lansing, MI 48909-0212

Lori Swanson
Attorney General of Minnesota
1400 Bremer Tower
445 Minnesota Street
St. Paul, MN 55101-2131

Jim Hood
Attorney General of Mississippi
Department of Justice
P.O. Box 220
Jackson, MS 39205

Jeremiah W. (Jay) Nixon
Attorney General of Missouri
Supreme Court Bldg.
207 W. High St.
P.O. Box 899
Jefferson City, MO 65101

Mike McGrath
Attorney General of Montana
Dept. of Justice
P.O. Box 201401
Helena, MT 59620-1401

Jon Bruning
Attorney General of Nebraska
2115 State Capitol
Lincoln, NE 68509-8920

Catherine Cortez Masto
Attorney General of Nevada
100 N. Carson St.
Carson City, NV 89701-4717

Kelly A. Ayotte
Attorney General of New Hampshire
State House Annex
33 Capitol St.
Concord, NH 03301

Ann Milgram
Attorney General of New Jersey
P.O. Box 080
Trenton, NJ 08625-0080

Gary King
Attorney General of New Mexico
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Andrew M. Cuomo
Attorney General of New York
The Capitol
Albany, NY 12224-0341

Roy Cooper
Attorney General of North Carolina
Dept. of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001

Wayne Stenehjem
Attorney General of North Dakota
State Capitol
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505

Marc Dann
Attorney General of Ohio
State Office Tower
30 E. Broad St., 17th Floor
Columbus, OH 43215-3428

W.A. Drew Edmondson
Attorney General of Oklahoma
313 NE 21st Street
Oklahoma City, OK 73105

Hardy Myers
Attorney General of Oregon
Justice Bldg.
1162 Court St., NE
Salem, OR 97301-4096

Tom Corbett
Attorney General of Pennsylvania
16th Floor Strawberry Square
Harrisburg, PA 17120

Patrick C. Lynch
Attorney General of Rhode Island
150 South Main Street
Providence, RI 02903

Henry McMaster
Attorney General of South Carolina
P.O. Box 11549
Columbia, SC 29211

Larry Long
Attorney General of South Dakota
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501

Robert E. Cooper, Jr.
Attorney General of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

Greg Abbott
Attorney General of Texas
Capitol Station
300 W. 15th St.
P.O. Box 12548
Austin, TX 78701

Mark Shurtleff
Attorney General of Utah
Utah State Capitol Complex
350 N. State Street, Suite 230
Salt Lake City, UT 84114-0810

William H. Sorrell
Attorney General of Vermont
109 State Street
Montpelier, VT 05609-1001

Bob McDonnell
Attorney General of Virginia
900 E. Main St.
Richmond, VA 23219

Rob McKenna
Attorney General of Washington
1125 Washington St. SE
P.O. 40100
Olympia, WA 98504-0100

Darrell V. McGraw Jr.
Attorney General of West Virginia
State Capitol Complex
Bldg. 1, Room E-26
Charleston, WV 25305

J.B. Van Hollen
Attorney General of Wisconsin
Dept. of Justice
P.O. Box 7857
Madison, WI 53707-7857

Bruce A. Salzburg
Attorney General of Wyoming
123 Capitol Bldg.
200 W. 24th Street
Cheyenne, WY 82002