IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTINE M. BELL, on behalf of** | : | |
| **herself and all others similarly situated,** | : | |
| Plaintiffs, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **E-LOAN, INC. and CAPITAL** | : | |
| **LENDING PARTNERS, INC.,** | : | No. 07-3571 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **2nd** day of **September**, **2008**, following a hearing on August 25, 2008 and in accordance with this Court's August 25, 2008 Order approving class settlement and entering judgment against Defendant Capital Lending Partners, Inc., it is hereby **ORDERED** that:

1. Plaintiff's Unopposed Motion for Final Certification of Settlement Class and Final Approval of Class Settlement (Document No. 27) is **GRANTED**.

2. Plaintiff's Unopposed Motion for An Award of Attorneys' Fees and Reimbursement of Expenses and Incentive Award (Document No. 28) is **GRANTED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**