IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTINE M. BELL** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **E-LOAN, INC.,** *et al.* | : | **NO. 07-3571** |

## O R D E R

**AND NOW**, this 4th day of September, 2009, it having been recorded that the issues in the above action have been resolved (document #31) and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice. The Clerk of Court is directed to close this matter for statistical purposes.

BY THE COURT:

_____
Berle M. Schiller, J.